UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Ana I. Prado-Diaz**                                      **Docket No. 5:25-MJ-1591-1**

**Petition for Action on Probation**

COMES NOW Jared Britt, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Ana I. Prado-Diaz, who, upon an earlier plea of guilty to Driving While Impaired, in violation of 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1,, was sentenced by the Honorable Brian S. Meyers, U.S. Magistrate Judge, on August 13, 2025, to 12 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 2, 2025, the defendant reported to the U.S. Probation Office in Austin, Texas for initial case processing. At this visit a drug screen was collected from the defendant by her supervising officer Samantha Garcia which later returned positive for marijuana.

On September 5, 2025, the defendant reported to Officer Garcia to have a Treatment Screening Questionnaire (TSQ) completed. During this assessment, she reported struggling with ongoing depression, anxiety, and experiences frequent mood swings, attributing these symptoms to her childhood trauma.

On September 11, 2025, Officer Garcia met with the defendant to address her recent positive urine specimen. She reported using a friend's vape pen on or about September 6, 2025, and was unaware its contents contained marijuana. An admission form was signed for the positive specimen, and she was instructed to avoid associating with individuals who she knows engage in marijuana use. Additionally, based on their previous visit regarding her TSQ, Officer Garcia offered the defendant an opportunity to have her conditions modified to include mental health treatment, in order to better address her ongoing symptoms. The defendant voluntarily signed the Probation Form 49 Waiver of Hearing to Modify Conditions. At this time, we are requesting that the defendant's conditions be modified to include a mental health treatment condition.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1.  The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.


/s/ Jared Britt
Jared Britt
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2549
Executed On: October 1, 2025

## ORDER OF THE COURT

Considered and ordered this 2nd day of October, 2025, and ordered filed and made a part of the records in the above case.

_____
Brian S. Meyers
U.S. Magistrate Judge

**FOR JUDGE'S VIEW ONLY**

**DO NOT FILE**
**imgClientImage**

**Ana I. Prado-Diaz**
**Docket No. 5:25-MJ-1591-1**